# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | | |
|---|---|---|
| **YINMY E. TROCONIS-COLMENARES,** | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | |
| | § | |
| **TODD BLANCHE, UNITED STATES ATTORNEY GENERAL; TODD LYONS, ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, SECRETARY OF HOMELAND SECURITY; MARY DE ANDA-YBARRA, EL PASO ACTING FIELD OFFICE DIRECTOR FOR DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND ROGELIO SANCHEZ, ERO EL PASO CAMP EAST MONTANA,** | § | **No. 3:26-CV-02089-LS** |
| | § | |
| ***Respondents*.** | § | |

## FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses this case. **THE CLERK SHALL CLOSE THIS CASE**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on October 15, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**